[No. 4480-1-III. Division Three. November 16, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. RUBEN R. CASTILLEJA, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 81-1-00034-2, Harry Hazel, J. Pro Tem., entered April 6, 1981. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Munson and Roe, JJ.

[Nos. 4548-0-III; 4547-1-III. Division Three. November 16, 1982.]

*In the Matter of the Welfare of* MICHAEL MASONER.

*In the Matter of the Welfare of* KENNETH MASONER.

Appeals from judgments of the Superior Court for Walla Walla County, Nos. 75740, 75741, Yancey Reser, J., entered April 10, 1981. *Affirmed* by unpublished opinion per Green, J., concurred in by Roe, A.C.J., and Munson, J.

[No. 4432-7-III. Division Three. November 18, 1982.]

THE CITY OF KENNEWICK, *Respondent,* v. MICHAEL E. SHANNON, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 80-1-00389-9, Fred R. Staples, J., entered February 9, 1981. *Affirmed* by unpublished opinion per Roe, A.C.J., concurred in by Green and Munson, JJ.

[No. 4574-9-III. Division Three. November 18, 1982.]

ROBERT TANNER, *Appellant,* v. AGRICHEM, INC., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Benton County, No. 79-2-00582-4, Robert S. Day, J., entered April 27, 1981. *Affirmed* by unpublished opinion per Roe, A.C.J., concurred in by Green and Munson, JJ.